Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| PARAMOUNT BUILDING SOLUTIONS, LLC | Case No. 2:17-bk-10867-EPB |
| CLEANING SOLUTIONS, LLC | Case No. 2:17-bk-10868-DPC |
| JMS BUILDING SOLUTIONS, LLC | Case No. 2:17-bk-10869-BKM |
| STARLIGHT BUILDING SOLUTIONS, LLC,<br><br>Debtors. | Case No. 2:17-bk-10870-EPB<br>(Jointly Administered) |
| PARAMOUNT BUILDING SOLUTIONS, LLC;<br>CLEANING SOLUTIONS, LLC;<br>JMS BUILDING SOLUTIONS, LLC; and<br>STARLIGHT BUILDING SOLUTIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>US METRO GROUP, INC.,<br><br>Defendant. | **Adv. No. 2:17-ap-0763-EPB**<br><br>**MOTION FOR ORDER TO SHOW CAUSE RE: CONTEMPT** |

Plaintiffs, PARAMOUNT BUILDING SOLUTIONS, LLC; CLEANING SOLUTIONS, LLC; JMS BUILDING SOLUTIONS, LLC; and STARLIGHT BUILDING SOLUTIONS, LLC ("**Plaintiffs**"), by and through their counsel undersigned, hereby request this Court enter an Order directing Defendant to show cause, if it has any, why it should not be held in contempt of this

Court's Interim Order entered on September 21, 2017 at DE #30. On November 27, 2017, the Plaintiffs filed a Complaint against Defendant. A copy of the Complaint is attached hereto and incorporated herein by this reference as **Exhibit A.** The Complaint alleges, *inter alia*, Defendant is currently in violation of what has been identified as the "Interim DIP Order." Specifically, paragraph 15 of the Interim DIP Order prevents Defendant from, *inter alia*, attempting to effect a setoff of any monies it owes Plaintiffs.

Contrary to the terms of the Interim DIP Order, Defendant has in fact attempted to set-off the sum of $235,467.66 against monies it otherwise owes to Plaintiffs.

Demand has been repeatedly made on Defendant to turn over these monies, and Defendant continues to refuse to do so.

Accordingly, Plaintiffs request this Court enter an order requiring the Defendant to show cause, if it has any, why it should not be held in contempt of the Interim DIP Order.

DATED this 27th day of November, 2017.

                      MICHAEL W. CARMEL, LTD.

                /s/Carmel, M.W. (007356)
                   Michael W. Carmel
                   80 East Columbus Avenue
                   Phoenix, Arizona 85012-2334
                   Attorney for Plaintiffs

COPY of the foregoing mailed
this 27th day of November, 2017 to:

Kenneth Neeley, Esq.
Neeley Law Firm, PLC
2250 E Germann Rd #11
Chandler, AZ 85286
*Attorney for Defendant*

By *Sharon D. Kirby*