Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| PARAMOUNT BUILDING SOLUTIONS, LLC<br>CLEANING SOLUTIONS, LLC<br>JMS BUILDING SOLUTIONS, LLC<br>STARLIGHT BUILDING SOLUTIONS, LLC<br><br>Debtors. | Case No. 2:17-bk-10867-EPB<br>Case No. 2:17-bk-10868-DPC<br>Case No. 2:17-bk-10869-BKM<br>Case No. 2:17-bk-10870-EPB<br>(Jointly Administered) |
| PARAMOUNT BUILDING SOLUTIONS, LLC<br>CLEANING SOLUTIONS, LLC<br>JMS BUILDING SOLUTIONS, LLC<br>STARLIGHT BUILDING SOLUTIONS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>US METRO GROUP, INC.,<br><br>Defendant. | **Adv. No. 2:17-ap-00763-EPB**<br><br><br>**STIPULATED BRIEFING SCHEDULE** |

The parties, by and through their counsel undersigned, hereby agree to the following deadlines:

1. Discovery shall be completed on or before **March 15, 2018.**

2. Any party who wishes to file a dispositive motion must do so on or before **March 22, 2018**.

3. Any responses to any dispositive motions shall be due the earlier of (a) **fourteen (14) days** after the dispositive motion is filed and served; or (b) **April 5, 2018**.

3. Any replies to any dispositive motions shall be due on the earlier of (a) **fourteen (14) days** after a response to dispositive motion is filed and served; or (b) **April 19, 2018.**

DATED this 23rd day of January, 2018.

MICHAEL W. CARMEL, LTD.

/s/*Michael W. Carmel* (007356)
Michael W. Carmel
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Attorney for Plaintiffs/Debtors

NEELEY LAW FIRM, PLC

/s/*Kenneth Neeley* *(with permission via email)*
Kenneth Neeley
2250 E. Germann Rd., Ste. 11
Chandler, Arizona 85286
Attorney for Defendant US Metro Group