Kenneth L. Neeley, 025899
Chris Dutkiewicz, 024962
Nicholas T. Van Vleet, 026933
Dane Paulsen, 029225
**NEELEY LAW FIRM, PLC**
2250 E. Germann Rd., Suite 11
Chandler, AZ 85286
Phone: 480.802.4647 | Fax: 480.907.1648
ECF@neeleylaw.com

*Attorneys for Defendant*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PARAMOUNT BUILDING SOLUTIONS, LLC<br><br>CLEANING SOLUTIONS, LLC<br><br>JMS BUILDING SOLUTIONS, LLC<br><br>STARLIGHT BUILDING SOLUTIONS, LLC<br><br>Debtors. | Chapter 11<br><br>Case No.: 2:17-bk-10867-EPB<br><br>Case No.: 2:17-bk-10868-DPC<br><br>Case No.: 2:17-bk-10869-BKM<br><br>Case No.: 2:17-bk-10870-EPB<br>(Jointly Administered) |
| PARAMOUNT BUILDING SOLUTIONS, LLC<br>CLEANING SOLUTIONS, LLC<br>JMS BUILDING SOLUTIONS, LLC<br>STARLIGHT BUILDING SOLUTIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>US METRO GROUP, INC.,<br><br>Defendant. | **Adv. Proc.: 2:17-ap-00763-EPB**<br><br>**MODIFIED STIPULATED DISCOVERY AND BRIEFING SCHEDULE** |

The parties, by and through their counsel undersigned, hereby agree to the following

modified deadlines:

1. Discovery shall be completed on or before **March 30, 2018.**

2. Any party who wishes to file a dispositive motion must do so on or before **April 9, 2018**.

3. Any responses to any dispositive motions shall be due the earlier of (a) **fourteen (14) days** after the dispositive motion is filed and served; or (b) **April 23, 2018**.

4. Any replies to any dispositive motions shall be due on the earlier of (a) **fourteen (14) days** after a response to dispositive motion is filed and served; or (b) **May 7, 2018.**

DATED: March 9, 2018                    **NEELEY LAW FIRM, PLC**

_/s/ Kenneth L. Neeley_
Kenneth L. Neeley
2250 E. Germann Rd., Ste. 11
Chandler, AZ 85286
*Attorney for Defendant*

**MICHAEL W. CARMEL, LTD.**

_/s/ Michael W. Carmel (007356) w/ permission_
Michael W. Carmel
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
*Attorney for Plaintiffs/Debtors*