SO ORDERED.

Dated: April 8, 2018

*Eddward P. Ballinger Jr., Bankruptcy Judge*

Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for Debtors

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| PARAMOUNT BUILDING SOLUTIONS, LLC | Case No. 2:17-bk-10867-EPB |
| CLEANING SOLUTIONS, LLC | Case No. 2:17-bk-10868-DPC |
| JMS BUILDING SOLUTIONS, LLC | Case No. 2:17-bk-10869-BKM |
| STARLIGHT BUILDING SOLUTIONS, LLC, Debtors. | Case No. 2:17-bk-10870-EPB (Jointly Administered) |
| PARAMOUNT BUILDING SOLUTIONS, LLC; CLEANING SOLUTIONS, LLC; JMS BUILDING SOLUTIONS, LLC; and STARLIGHT BUILDING SOLUTIONS, LLC, Plaintiffs, v. US METRO GROUP, INC., Defendant. | **Adv. No. 2:17-ap-0763-EPB** <br><br> **ORDER** |

Pursuant to Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED extending the current deadline to file dispositive motions from April 9, 2018 to **April 23, 2018**.

DATED AND SIGNED ABOVE.